**BAKER BOTTS L.L.P.**
David A. Super (pro hac vice)
Ryan E. Bull (pro hac vice)
Rachel B. Cochran (pro hac vice)
Stephen M. Ng (pro hac vice)
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 639-7700
Fax: (202) 639-7890
Email: *rachel.cochran@bakerbotts.com*

Attorneys for Defendant
FEDERAL DEPOSIT INSURANCE
CORPORATION, AS RECEIVER FOR
WASHINGTON MUTUAL BANK

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| YAASMYN FULA, | Case No. CV-08-00464-R-SH |
| Plaintiff, | |
| vs. | **ORDER DISMISSING CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION** |
| WASHINGTON MUTUAL BANK FA, a corporation, JOHN DUNSTAN, a sole proprietor, LANCE NOWAK, an individual, ANDREA ANIA, an individual, OCEANFRONT MORTGAGE, INC., a corporation, and DOES 1 through 10, | Judge: The Honorable Manuel L. Real |
| Defendants. | |

## ORDER

On November 2, 2009, the Court considered the Motion to Dismiss for Lack of Subject Matter Jurisdiction filed by the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank ("FDIC-Receiver"). There was no appearance on behalf of the Plaintiff, nor did the Plaintiff file any written opposition to the Motion. The Court, having considered the Motion to Dismiss and the record in this case, finds that the Plaintiff has failed to exhaust the mandatory administrative claims process required by the Financial Institutions Reform, Recovery and Enforcement Act of 1989, Pub. L. No. 101-73, 103 Stat. 183 (1989), 12 U.S.C. § 1821(d). The Court therefore has no subject matter jurisdiction over the claims against FDIC-Receiver and the motion to dismiss is GRANTED.

IT IS HEREBY ORDERED that the above-styled and numbered case is DISMISSED WITH PREJUDICE as to all claims and causes of action asserted by Plaintiff Yaasmyn Fula against FDIC-Receiver and all defendants.

IT IS SO ORDERED.

Dated: November 4, 2009

By: _____

Hon. Manuel L. Real, UNITED STATES DISTRICT COURT JUDGE